# UNITED STATES DISTRICT COURT
## FOR THE
### EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA      )

           )      Case:     4:21-CR-00165-BSM-01

           *Plaintiff(s)* )

     v.            )

           )

HECTOR GUTIERREZ         )

_____ )

          *Defendant(s)* )

## NOTICE OF APPEARANCE

To:    The clerk of court and all parties of record

Please take notice that Christopher H. Baker of the James Law Firm, who is admitted to practice before this court, will be aiding as counsel in the representation of Hector Gutierrez in the case captioned above and respectfully requests that he be included on the service of all notices, pleadings, and other documents filed in this case.

Date: November 25, 2022                Respectfully submitted,

                                         /s/ Christopher H. Baker

                                         Christopher H. Baker, Esq.

                                         Arkansas Bar No. 2022124

                                         *Attorney for Hector Gutierrez*

                                         James Law Firm

                                         1001 La Harpe Blvd.

                                         Little Rock, Arkansas 72201

                                         Telephone: (501) 375-0900

                                         Email: Chris@Jamesfirm.com